IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| WORKSPACES, LLC, | * | CASE NO. 13-14277-JS |
| | * | Chapter 7 |
| DEBTOR. | * | |
| | | |
| IN RE: | * | |
| | * | |
| WORKSPACES-NYC, LLC, | * | CASE NO. 13-14274-JS |
| | * | Chapter 7 |
| DEBTOR. | * | |
| | | |
| IN RE: | * | |
| | * | |
| WORKSPACES BALTIMORE, LLC | * | CASE NO. 13-14271-JS |
| | * | Chapter 7 |
| DEBTOR | * | |
| | * | Jointly Administered under |
| | * | Case No. 13-14277-JS |
| | | |
| | * | |
| JOSEPH J. BELLINGER, TRUSTEE | * | ADV. PROC. NO. 14-00137 |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | |
| | * | |
| JAMES G. DAVIS CONSTRUCTION CORP., | * | |
| | * | |
| DEFENDANT. | * | |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff, Joseph J. Bellinger, Chapter 7 Trustee, by his undersigned counsel, pursuant to F. R. Civ. P. 41(a)(1)(A), incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby files this Notice of Dismissal of Adversary Proceeding, without prejudice,

subject only to the Court's approval of a Motion for Approval of Settlement and Compromise pursuant to Bankruptcy Rule 9019.

1. The Trustee filed a Complaint against Defendant, James G. Davis Construction Corp., for payment of an account receivable due to Workspaces, LLC in the amount of $80,856.00.

2. The Defendant has provided the Trustee with evidence of payment of $18,796.46 directly to a supplier, resulting in a net due to the Workspaces, LLC estate of $62,059.54. The Defendant has paid the sum of $62,059.54 to the Trustee in full satisfaction of all claims asserted in the Adversary Proceeding.

3. The Defendant has not filed an answer or other responsive motion in the Adversary Proceeding.

4. There being no further relief sought by the Trustee against Defendant in this Adversary Proceeding, the Trustee hereby files this Notice of Dismissal of Adversary Proceeding, without prejudice, subject only to the Court's granting a Motion for Approval of a Compromise pursuant to Bankruptcy Rule 9019.

Date: April 8, 2014                                       Respectfully Submitted

*/s/ Joseph J. Bellinger, Esquire*
Joseph J. Bellinger, Esquire
Fed. Bar No. 08394
Offit Kurman, P.A.
300 East Lombard Street, Ste. 2010
Baltimore, Maryland 21202
(410) 209–6415
jbellinger@offitkurman.com

*Attorneys for Plaintiff, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2014, a copy of the foregoing Notice of Dismissal was mailed, via first-class mail, postage pre-paid to the following parties:

Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201

Kristin Protas
Associate Counsel
James G. Davis Construction Corporation
12530 Parklawn Drive
Rockville, Maryland 20852

 /s/ Joseph J. Bellinger, Esquire
Joseph J. Bellinger, Esquire